UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAVID LOUIS WHITEHEAD,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC., ET AL.,<br><br>    Defendants. | Case No. 2:18-cv-00460-RWS-RSP<br><br>JURY TRIAL DEMANDED |

**MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Netflix, Inc. ("Netflix") files this Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint until and including Monday, April 29, 2019.

The current deadline for Netflix to respond to Plaintiff's Complaint is Friday, March 15, 2019. Netflix respectfully requests a forty-five (45) day extension to ensure that all of the Defendants are on the same, or similar, schedule. To the best of Netflix's knowledge, none of the other Defendants have been served to date. Moreover, Netflix's counsel is scheduled to begin a jury trial in front of Judge Vanessa Gilmore in the Southern District of Texas on April 1, 2019. *See Align Tech., Inc. v. ClearCorrect, Inc.*, No. 4:11-CV-00695, Dkt. No. 287 at 2 (S.D. Tex. Feb. 28, 2019). The requested extension is for good cause and not merely to delay this action.

Netflix's counsel attempted to contact Plaintiff, David Louis Whitehead, by telephone, e-mail, and letter to determine whether he opposes the requested relief. Netflix's counsel has not heard back from Mr. Whitehead, but counsel will provide notice to the Court as soon as Mr.

Whitehead responds.  Netflix does not expect the Plaintiff to oppose this motion based on his prior pleadings.[1]

For all these reasons, Netflix respectfully requests that the Court enter an order and extend the deadline for Netflix to respond to Plaintiff's Complaint until and including Monday, April 29, 2019.

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Cole A. Riddell
Texas Bar No. 24105423
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile:  (903) 255-0800
Email: jdoan@haltomdoan.com
Email: criddell@haltomdoan.com

**ATTORNEY FOR DEFENDANT NETFLIX, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Mr. Whitehead was served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 14th day of March, 2019.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

---

[1] Plaintiff filed a Motion for Added Time to Serve Viacom, Walt Disney, and Marvel Entertainment on February 21, 2019. *See* Dkt. No. 11. The Court granted this Motion, allowing Plaintiff until April 5, 2019 to serve the newly added Defendants. *See* Dkt. No. 16. Plaintiff has also previously moved to stay this action. *See* Dkt. No. 7-1.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Netflix attempted to meet and confer with Plaintiff by telephone, e-mail, and letter on March 14, 2019.  *See* Exhibit A.  Netflix's counsel has been unable to reach Plaintiff, but counsel will update this Court with Plaintiff's position as soon as he responds.

>*/s/ Jennifer H. Doan*
>Jennifer H. Doan