**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID LOUIS WHITEHEAD, | No. 19-55905 |
| Plaintiff-Appellant, | D.C. No. 2:19-cv-05500-JFW-RAO |
| v. | |
| NETFLIX, INC.; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
John F. Walter, District Judge, Presiding

Submitted December 2, 2020**

Before: WALLACE, SILVERMAN, and BRESS, Circuit Judges.

David Louis Whitehead appeals pro se from the district court's order dismissing his action under a pre-filing vexatious litigant order. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Moy v. United States*, 906 F.2d 467, 469 (9th Cir. 1990). We affirm.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court did not abuse its discretion by rejecting Whitehead's proposed filings and dismissing his action because the filings were within the scope of the district court's pre-filing vexatious litigant order. *See Weissman v. Quail Lodge, Inc.*, 179 F.3d 1194, 1197 (9th Cir. 1999) ("District courts have the inherent power to file restrictive pre-filing orders against vexatious litigants with abusive and lengthy histories of litigation. Such pre-filing orders may enjoin the litigant from filing further actions or papers unless he or she first meets certain requirements, such as obtaining leave of the court . . . ." (internal citation removed)).

We reject as without merit Whitehead's contentions that the district judge and magistrate judges should have recused themselves from this action.

Whitehead's pending motions are denied.

**AFFIRMED.**